# United States Court of Appeals
## For the First Circuit

No. 07-2187

BAGH SINGH,

Petitioner,

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL,

Respondent.

**ERRATA**

The opinion of this court issued on September 25, 2008 is amended as follows:

On page 2, line 18, March 25, 2006 should be March 25, 2005.